```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
ABSOLUTE SOFTWARE, INC. and                                :
ABSOLUTE SOFTWARE CORPORATION,                             :
                                                           :
                              Movants,                     :       23-MC-57 (VSB)
                                                           :
              -against-                                    :        ORDER
                                                           :
FORTRA, LLC,                                               :
                                                           :
                              Respondent.                  :
                                                           :
----------------------------------------------------------- X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      It was reported to the Court that the parties in this case reached a settlement agreement. (Doc. 16.)  I granted the parties' request to stay the case for 30 days to allow the parties to finalize their settlement agreement.  To date, no settlement agreement has been filed.  Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within ten (10) days.

SO ORDERED.

Dated:    April 18, 2023
            New York, New York

                                                                VERNON S. BRODERICK
                                                                  United States District Judge